Filed 2/10/21  4444 W. Sunset Rd., LLC v. Y Travel, LLC CA4/3

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION THREE

| | |
|---|---|
| 4444 W. SUNSET RD., LLC, | |
| Plaintiff and Respondent, | G059090 |
| v. | (Super. Ct. No. 30-2016-00831120) |
| Y TRAVEL, LLC, | O P I N I O N |
| Defendant and Appellant. | |

Appeal from a postjudgment order of the Superior Court of Orange County, James L. Crandall, Judge.  Affirmed.

Wolfe & Wyman, Michael H. Shen; Marquis Aurbach Coffing and Terry A. Coffing for Defendant and Appellant.

Law Offices of John A. Belcher and John A. Belcher for Plaintiff and Respondent.

*          *          *

Y Travel, LLC (Y Travel) appeals from the trial court's postjudgment order awarding 4444 W. Sunset Rd., LLC (Sunset) $113,740 in contractual attorney fees after it prevailed in its action for unpaid back rent.  Y Travel does not challenge the merits of the attorney fee order, but instead pursues this appeal only "[i]n the event that this Court reverses the Superior Court's decision [in a concurrently pending appeal concerning the back rent in] G058803."  We have affirmed that decision.  (*4444 W. Sunset Rd., LLC et al. v. Y Travel, LLC* (Feb. 2, 2021, G058803) [nonpub. opn.].)  We therefore also affirm the trial court's attorney fee order.

Sunset is entitled to its costs on appeal.


                                                        GOETHALS, J.

WE CONCUR:


BEDSWORTH, ACTING P. J.


MOORE, J.

2